UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, a California company, as subrogee of Eddie Walker,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:20-cv-00199-JLR<br><br>[~~PROPOSED~~] ORDER ON MOTION FOR EXTENSION OF TIME TO ANSWER<br><br>NOTE ON MOTION CALENDAR: February 18, 2020 |

Having considered Defendant's Motion for Extension of Time to Answer, and with good cause having been shown, IT IS HEREBY ORDERED that the Motion for Extension of Time to Answer is GRANTED. The deadline is extended to March 2, 2020.

Dated this 20th day of February, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON MOTION FOR
EXTENSION OF TIME TO ANSWER– 1

LEGAL147231558.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

Presented by:

2

By: s/ Todd W. Rosencrans
3  Todd W. Rosencrans, WSBA #26551
**Perkins Coie LLP**
4  1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
5  Telephone: 206.359.8000
Facsimile: 206.359.9000
6  Email:  TRosencrans@perkinscoie.com

7  Attorneys for Defendant
Broan-NuTone LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON MOTION FOR
EXTENSION OF TIME TO ANSWER– 2

LEGAL147231558.1