1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15

| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, | CASE NO. C20-0199JLR |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| BROAN-NUTONE LLC, | |
| Defendant. | |

16  Before the court is the parties' joint stipulated motion requesting a new trial date

17 and extension of pretrial case deadlines.  (Mot. (Dkt. # 25).)  The parties previously

18 requested an extension of pretrial case deadlines.  (4/9/21 Mot. (Dkt. # 23).)  The court

19 denied that request but indicated that the court would consider moving the parties' trial

20 date to the end of the court's trial calendar if they so requested.  (4/12/21 Order (Dkt.

21 # 24) (noting that court is currently scheduling trials in winter of 2022-23).)  The parties

22 now request a trial date at the end of the court's calendar.  (Mot. at 1.)  They submit that

ORDER - 1

1 | there is good cause for delay because they intend to mediate and believe that "the
2 | likelihood of a mediated settlement is increased if in the interim the parties can avoid
3 | additional attorneys and expert fees." (*Id.* at 2.)
4 |     The court GRANTS the parties' stipulated motion to extend the trial date (Dkt.
5 | # 25).  The Clerk is authorized to issue a minute order setting a new trial date at the end
6 | of the court's trial calendar, along with new dates for all unexpired pretrial deadlines.
7 |     Dated this 26th day of April, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2